Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-20

UNITED STATES OF AMERICA

v.                     Docket No. 0208 1:10CR00905-32 (LTS)

Abel Matos

On July 31, 2017, the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Abel Matos be discharged from Supervised Release.

Respectfully submitted,

by _____
Jennifer Arango
U.S. Probation Officer Assistant

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __31st__ day of __January__, 20 _20_.

_____
Honorable Laura Taylor Swain
U.S. District Judge